TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 4:26-mj-04209-JR-1 |
| vs. | NOTICE OF APPEARANCEN OF GOVERNMENT COUNSEL |
| Derrick Callella | |
| Defendant. | |

  The United States of America, by and through its undersigned attorneys, gives notice that Austin L. Fenwick files his appearance as counsel for the United States of America in the above-captioned matter as co-counsel to lead counsel Jane Westby.

  Respectfully submitted this 5th day of February, 2026.

                TIMOTHY COURCHAINE
                Acting United States Attorney
                District of Arizona

                *s/Austin L. Fenwick*

                AUSTIN L. FENWICK
                Assistant U.S. Attorney

Copy of the foregoing served this 5th day of February, 2026 to:

ALL ECF PARTICIPANTS.