TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Sarah.Precup@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Derrick Callella,<br><br>　　　　　Defendant. | 4:26-mj-04209-JR-1<br><br>NOTICE OF APPEARANCE<br>OF GOVERNMENT COUNSEL |

　　　　The United States of America, by and through its undersigned attorneys, gives notice that SARAH J. PRECUP files her appearance as counsel for the United States of America in the above-captioned matter, as co-counsel to lead counsel JANE L. WESTBY

　　　　Respectfully submitted this 11th day of February 2026.

　　　　　　　　　　　　　　　　　　TIMOTHY COURCHAINE
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/Sarah J. Precup*

　　　　　　　　　　　　　　　　　　SARAH J. PRECUP
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 11th day of February 2026, to:

All ECF Participants